PROBATION FORM NO. 35 (1/92)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

FILED
2005 FEB 14 P 1:21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## United States District Court

### FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ANIBAL GOYCO-SANTANA

Crim #: **3:96CR00169(JCH)**

Re: **Early Termination of Supervision**

On **November 9, 2001**, the above named was placed on **SUPERVISED RELEASE** for a period of **five (5)** years by the Honorable Donald Ziegler, Chief United States District Court Judge, District of Pittsburgh, Pennsylvania. On January 17, 2002, Chief United States District Court Judge, Alfred V. Covello, District of Connecticut, signed an order accepting jurisdiction of this case, which was assigned to United States District Court Judge Janet C. Hall. Mr. Goyco-Santana has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Dennis G. Linder
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _____ day of February, 2005.

The Honorable Janet C. Hall
United States District Court Judge